RECEIPT #_____
AMOUNT $____N/A_____
SUMMONS ISSUED___N/A___
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE____1-29-04_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARY F. CALHOUN    )    Civil Action No.
                   )
    Plaintiff,     )
                   )
    v.             )
                   )
UNITED STATES OF AMERICA,    )
                   )    04    1 0 2 1 0   W
    Defendant.     )

MAGISTRATE JUDGE Bowler

**NOTICE OF REMOVAL**

The Defendant, United States Postal Service, by its attorney,
Michael J. Sullivan, United States Attorney for the District of
Massachusetts hereby gives notice pursuant to 28 U.S.C. § 1446(a)
of its removal of this lawsuit to the United States District Court
for the District of Massachusetts.  As grounds for the removal,
the defendant United States herein informs the Court that the
Defendant is a federal entity and jurisdiction is not proper in
the State Court[1].  The USPS is entitled to remove the action
pursuant to 28 U.S.C. § 2679(d)(2).

                    UNITED STATES POSTAL SERVICE

                    By its attorney,

                    MICHAEL J. SULLIVAN,
                    United States Attorney,

1/29/04

                    Christopher Alberto
                    Assistant U.S. Attorney
                    1 Courthouse Way,
                    Suite 9200
                    Boston, MA 02210
                    (617) 748-3311

---

[1] By moving to remove this case from State Court, the United
States Postal Service is not conceding that service of process was
properly made.  The United States Postal Service reserves its
rights to make jurisdictional arguments in Federal Court.

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

District Court Department
Westborough Division
Civil Action No. _____

MARY F. CALHOUN      )
      Plaintiff      )
          )
v.            )      **COMPLAINT**
          )
UNITED STATES      )
POSTAL SERVICE      )
      Defendant      )

## COUNT I

1.    The Plaintiff, Mary F. Calhoun, is a resident of Worcester, County of Worcester, Commonwealth of Massachusetts.

2.    The Defendant, United States Postal Service, is a business entity of the Federal Government with offices in the Commonwealth of Massachusetts.

3.    The Plaintiff, Mary F. Calhoun, says that on October 9, 2002, the Defendant, United States Postal Service, its agent, servant, and/or employee, so negligently operated a motor vehicle on Park Avenue, a public way in the City of Worcester, County of Worcester, so that it struck the motor vehicle owned and operated by the Plaintiff, Mary F. Calhoun.

4.    As a result thereof, the Plaintiff, Mary F. Calhoun, sustained severe injuries and was prevented from transacting her business, suffered great pain of body and mind and incurred medical and hospital expenses in excess of $2,000.00, which permits this action to be brought under the provisions of Massachusetts General Laws, Chapter 231, § 6D.

WHEREFORE, the Plaintiff, Mary F. Calhoun, demands judgment against the Defendant, United States Postal Service, together with interest and costs.

Dated: January 14, 2004

MARY F. CALHOUN
By Her Attorney,

*Rickie T. Weiner*

Rickie T. Weiner, Esquire, BBO #548524
ELLIS LAW OFFICES, LLP.
33 Pleasant Street, Suite 2
Worcester, MA 01609
(508) 757-7451

RECEIVED
JAN 1 5 2004
ACCIDENT INVESTIGATION
USPS 01889

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

District Court Department
Westborough Division
Civil Action No. _____

MARY F. CALHOUN         )
    Plaintiff           )
                       )
v.                      )      **CLAIM FOR JURY TRIAL**
                       )
UNITED STATES        )
POSTAL SERVICE       )
    Defendant         )

In accordance with M.G.L. Chapter 231, § 103, the Plaintiff hereby

makes a Claim for Jury Trial in the Westborough District Court on all issues.

Dated: January 14, 2004

MARY F. CALHOUN
By Her Attorney,

Rickie T. Weiner

_____

Rickie T. Weiner, Esquire, BBO #548524
ELLIS LAW OFFICES, LLP.
33 Pleasant Street, Suite 2
Worcester, MA 01609
Tel. (508) 757-7451


RECEIVED
JAN 1 5 2004
ACCIDENT INVESTIGATION
USPS 01889

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

District Court Department
Westborough Division
Civil Action No. _____

MARY F. CALHOUN                      )
    Plaintiff                        )
                                     )
                                     )
v.                                   )
                                     )
UNITED STATES                        )
POSTAL SERVICE                       )
    Defendant                        )

## STATEMENT OF DAMAGES

  X   Plaintiff(s) ___ Defendant ___ Other (specify) _____ in the

above-captioned action, hereby assert that the money damages sought by means of the

  X   Complaint ___ Crossclaim ___ Counterclaim, to which this Statement of Damages

is attached, amounts to $24,999.99.

Signed:

Dated: January 14, 2004

_____
Rickie T. Weiner, Esquire, BBO #548524
ELLIS LAW OFFICES, LLP.
33 Pleasant Street, Suite 2
Worcester, MA 01609
Tel. (508) 757-7451

RECEIVED
JAN 1 5 2004
ACCIDENT INVESTIGATION
USPS 01889

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

District Court Department
Westborough Division
Civil Action No. _____

MARY F. CALHOUN )
    Plaintiff )
     )
v. )
     )
UNITED STATES )
POSTAL SERVICE )
    Defendant )

## UNIFORM COUNSEL CERTIFICATION
## FOR CIVIL CASES

I am the attorney-of-record for :    MARY F. CALHOUN

X Plaintiff(s)   ☐ Defendant(s)   ☐ Third Party Defendant(s)   ☐ Petitioner

in the above entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1: 18) which states in part: A...Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent..., B... I hereby certify that I have complied with this requirement.

Attorney-of-Record for the Plaintiff(s)

_Rickie T. Weiner_

Date: January 14, 2004

Rickie T. Weiner, Esquire,  BBO #548524
ELLIS LAW OFFICES, LLP.
33 Pleasant Street, Suite 2
Worcester, MA 01609
(508) 757-7451



RECEIVED
JAN 1 5 2004
ACCIDENT INVESTIGATION
USPS 01889