UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY F. CALHOUN<br>Plaintiff<br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)  Civ. No. 04-10210-DPW<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk of District Court, in the County of Worcester, Westborough, Massachusetts, were filed in the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: _____
Christopher Alberto
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3100

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on _____

_____
Assistant U.S. Attorney

# Commonwealth of Massachusetts

Worcester, ss.                                 District Court Department
                                               Westborough Division
                                               Westborough, MA 01581

**Docket No.** 0467 CV 38

**Plaintiff:** Mary F. Calhoun

**Defendant:** United States Postal Service

**In the above entitled action,** is hereby transferred to the United States District Court
1 Court House Way
Suite 9200
Boston, MA 02210

Dated: 2/12/04

Thomas X. Cotter, Clerk Magistrate

cc: Rickie T. Weiner, Esq.

A COPY, ATTEST:

Trial Court of Massachusetts
District Court Department

| | | PLAINTIFF | DEFENDANT |
|---|---|---|---|
| | | Mary F. Calhoun | United States Postal Service |

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| PLAINTIFF ATTORNEY | DEFENDANT ATTORNEY |
|---|---|
| Rickie T. Weiner, Esquire | Michael J. Sullivan, Esq. |
| Ellis Law Offices, LLP | United States Attorney |
| 33 Pleasant St., Suite 2 | 1 Courthouse Way |
| Worcester, MA 01609 | Suite 9200 |
| 508 757 7451 | Boston, MA 02210 |
| | 617-748-3311 |

MONEY DAMAGE ACTION (TIME STANDARDS)
☐ Remand   ☒ District Court Filing

☐ SUMMARY PROCESS   ☐ VICTIM VIOLENT CRIME   ☐ OTHER CIVIL

## DOCKET ENTRIES

| NO. | DATE | |
|---|---|---|
| 1. | 1/15/04 | Complaint filed   ☒ Statement of damages filed (if applicable) |
| 2. | 1/15/04 | Certificate of Compliance |
| 3. | 1/15/04 | Plaintiff's Claim for Jury Trial |
| 4 | 2/11/04 | Notice of Removal of this case to the United States District Court |
| 5 | 2/12/04 | Transferred this case to United States District Court |
| | | 1 Court House Way |
| | | ~~Suite 9200~~ |
| | | Boston, MA 02210 |
| | | Attn: Michael J. Sullivan, Esq. |

1327A000001/15/04CIVIL ENTR   180.00
1327A000001/15/04SURCHARGE    15.00

DATE OF ENTRY OF JUDGMENT   ☐ CIVIL   ☐ SUMMARY PROCESS

A COPY, ATTEST:

☐ Judgment for _____.

☐ $ _____ damages, plus $ _____ prejudgment interest and $ _____ costs
   plus $ _____ interest from date of judgment entry to date of execution

JUDGMENT TOTAL
$
EXECUTION TOTAL
$

☐ Possession

☐ Judgment on defendant's counterclaim for _____.
☐ $ _____ damages, plus $ _____ prejudgment interest and $ _____ costs
   plus $ _____ interest from date of judgment entry to date of execution.

COUNTERCLAIM JUDGMENT TOTAL
$
COUNTERCLAIM EXECUTION TOTAL
$

DC-CV1 (4/90)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARY F. CALHOUN )
 )
    Plaintiff, ) Civil Action No.
 )
v. )
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )
 ) 04 10210 DPW

## NOTICE OF REMOVAL

The Defendant, United States Postal Service, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts hereby gives notice pursuant to 28 U.S.C. § 1446(a) of its removal of this lawsuit to the United States District Court for the District of Massachusetts. As grounds for the removal, the defendant United States herein informs the Court that the Defendant is a federal entity and jurisdiction is not proper in the State Court[1]. The USPS is entitled to remove the action pursuant to 28 U.S.C. § 2679(d)(2).

UNITED STATES POSTAL SERVICE

By its attorney,

MICHAEL J. SULLIVAN,
United States Attorney,

Christopher Alberto
Assistant U.S. Attorney
1 Courthouse Way,
Suite 9200
Boston, MA 02210
(617) 748-3311

---

[1] By moving to remove this case from State Court, the United States Postal Service is not conceding that service of process was properly made. The United States Postal Service reserves its rights to make jurisdictional arguments in Federal Court.



## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                    District Court Department
                                                  Westborough Division
                                                  Civil Action No. 0467CV38

| | |
|---|---|
| MARY F. CALHOUN ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | **CLAIM FOR JURY TRIAL** |
| ) | |
| UNITED STATES ) | |
| POSTAL SERVICE ) | |
| Defendant ) | |

In accordance with M.G.L. Chapter 231, § 103, the Plaintiff hereby makes a Claim for Jury Trial in the Westborough District Court on all issues.

Dated: January 14, 2004        MARY F. CALHOUN
                               By Her Attorney,

                               _Rickie T. Weiner_
                               Rickie T. Weiner, Esquire, BBO #548524
                               ELLIS LAW OFFICES, LLP.
                               33 Pleasant Street, Suite 2
                               Worcester, MA 01609
                               Tel. (508) 757-7451

A COPY, ATTEST:

RECEIVED

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

District Court Department
Westborough Division
Civil Action No. _0467.CV.38_

MARY F. CALHOUN )
   Plaintiff )
  )
v. )
  )
UNITED STATES )
POSTAL SERVICE )
   Defendant )

RECEIVED

### UNIFORM COUNSEL CERTIFICATION
### FOR CIVIL CASES

I am the attorney-of-record for :   MARY F. CALHOUN

X Plaintiff(s)    ☐ Defendant(s)    ☐ Third Party Defendant(s)    ☐ Petitioner

in the above entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1: 18) which states in part: A...Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent..., B... I hereby certify that I have complied with this requirement.

Attorney-of-Record for the Plaintiff(s)

_Rickie T. Weiner_

Date: January 14, 2004

Rickie T. Weiner, Esquire, BBO #548524
ELLIS LAW OFFICES, LLP.
33 Pleasant Street, Suite 2
Worcester, MA 01609
(508) 757-7451

A COPY, ATTEST:

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                          District Court Department
                                        Westborough Division
                                        Civil Action No. 0467-CV-38

| | |
|---|---|
| MARY F. CALHOUN )  |  |
|     Plaintiff )  |  |
| ) | |
| v. ) | COMPLAINT  RECEIVED |
| ) | |
| UNITED STATES ) | |
| POSTAL SERVICE ) | |
|     Defendant ) | CLERK/MAGISTRATE |

COUNT I

1. The Plaintiff, Mary F. Calhoun, is a resident of Worcester, County of Worcester, Commonwealth of Massachusetts.

2. The Defendant, United States Postal Service, is a business entity of the Federal Government with offices in the Commonwealth of Massachusetts.

3. The Plaintiff, Mary F. Calhoun, says that on October 9, 2002, the Defendant, United States Postal Service, its agent, servant, and/or employee, so negligently operated a motor vehicle on Park Avenue, a public way in the City of Worcester, County of Worcester, so that it struck the motor vehicle owned and operated by the Plaintiff, Mary F. Calhoun.

4. As a result thereof, the Plaintiff, Mary F. Calhoun, sustained severe injuries and was prevented from transacting her business, suffered great pain of body and mind and incurred medical and hospital expenses in excess of $2,000.00, which permits this action to be brought under the provisions of Massachusetts General Laws, Chapter 231, § 6D.

WHEREFORE, the Plaintiff, Mary F. Calhoun, demands judgment against the Defendant, United States Postal Service, together with interest and costs.

Dated: January 14, 2004        MARY F. CALHOUN
                               By Her Attorney,

                               *Rickie T. Weiner*
                               Rickie T. Weiner, Esquire, BBO #548524
                               ELLIS LAW OFFICES, LLP.
                               33 Pleasant Street, Suite 2
                               Worcester, MA 01609
                               (508) 757-7451

A COPY, ATTEST:

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                District Court Department
                                              Westborough Division
                                              Civil Action No. _____

MARY F. CALHOUN            )
    Plaintiff              )
                           )
v.                         )
                           )
UNITED STATES              )
POSTAL SERVICE             )
    Defendant              )

## STATEMENT OF DAMAGES

__X__ Plaintiff(s) ___ Defendant ___ Other (specify) _____ in the

above-captioned action, hereby assert that the money damages sought by means of the

__X__ Complaint    ___ Crossclaim    ___ Counterclaim, to which this Statement of Damages

is attached, amounts to $24,999.99.

                                              Signed:

                                              _____
Dated: January 14, 2004                       Rickie T. Weiner, Esquire, BBO #548524
                                              ELLIS LAW OFFICES, LLP.
                                              33 Pleasant Street, Suite 2
                                              Worcester, MA 01609
                                              Tel. (508) 757-7451

A COPY, ATTEST: