UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY F. CALHOUN<br>Plaintiff | ) <br> ) DOCKET NO. 04-10210-DPW <br> ) |
| vs. | ) <br> ) <br> ) |
| UNITED STATES POSTAL SERVICE<br>Defendant | ) <br> ) |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

**NOW COME** the parties to the above entitled matter and hereby jointly move this Honorable Court to continue the scheduling conference presently scheduled for March 30, 2004 to April 27, 2004 at 2:30 p.m.

In support of said joint motion, the parties state as follows:

1. At present, an offer to settle this matter has been made and there is a very substantial likelihood that it will be approved by all parties in the next few weeks. As such, in all likelihood there will be no need for further proceedings in this matter.

2. Further, counsel for the Plaintiff is scheduled to appear in the Federal District Court in Worcester at the same time on March 30, 2004 in the case of Feliciano vs. Dynacon, et al, Docket No. 02-400066CBS.

**WHEREFORE**, for the reasons set above, the parties jointly request this Court to allow this motion.

| THE PLAINTIFF<br>By her attorney, | THE DEFENDANT<br>By their attorney, |
|---|---|
| *Rickie T. Weiner*<br>Rickie T. Weiner, Esq. BBO#548524<br>ELLIS LAW OFFICES LLP<br>33 Pleasant Street, Suite 2<br>Worcester, MA 01609<br>(508) 757-7451 | *Christopher Alberto*<br>Christopher Alberto, Esq.<br>U.S. Attorney Office<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: March 24, 2004

## CERTIFICATE OF SERVICE

I, Rickie T. Weiner, Esq., hereby certify that on this 24th day of March, 2004, I served a copy of Joint Motion to Continue Scheduling Conference in the above entitled matter, via first class mail, postage prepaid to counsel of record:

Christopher Alberto, Esq.
U.S. Attorney Office
One Courthouse Way
Boston, MA 02210

*/s/ Rickie T. Weiner*
Rickie T. Weiner, Esq. BBO#548524
ELLIS LAW OFFICES LLP
33 Pleasant Street, Suite 2
Worcester, MA 01609
(508) 757-7451