UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY F. CALHOUN
    Plaintiffs

CIVIL ACTION NO. 04-10210-DPW

v.

UNITED STATES POSTAL SERVICE,
  Defendant

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised this date that the above-entitled action has been settled with respect to all parties;

  IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **MAY 21, 2004.**

    The conference previously set for April 27, 2004 is canceled in view of the settlement.

                           BY THE COURT,

                           /s Rebecca Greenberg

                           Deputy Clerk

DATED: April 21, 2004