# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CALHOUN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-10210-DPW |
| ) | |
| v, ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR AN ORDER SUBSTITUTING THE UNITED STATES OF AMERICA FOR THE UNITED STATES POSTAL SERVICE AS THE SOLE DEFENDANT IN THIS CIVIL ACTION

The parties in this civil action respectfully request that the Court enter an Order substituting the United States of America for the United States Postal Service as the sole defendant in order to effectuate settlement of the case. In support, the parties state:

(1) The plaintiff, Mary Calhoun, named the United States Postal Service as defendant.

(2) Pursuant to § 1346 (b)(1), the United States Postal Service cannot be named as a defendant.

(3) The parties have negotiated a settlement to resolve the case. In order to effectuate that settlement the parties seek to substitute the United States of America as the sole Defendant.

WHEREFORE, the parties respectfully request that the Court enter an Order substituting the United States of America as the sole defendant in this case.

| | |
|---|---|
| MARY CALHOUN | Respectfully submitted, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Christopher Alberto w/permission<br>Rickie T. Weiner, Esq.<br>Ellis Law Office, LLP<br>33 Pleasant Street, Suite 2<br>Worcester, MA 01609<br>(508) 757-7451 | By: /s/ Christopher Alberto<br>Christopher Alberto<br>Assistant U.S. Attorney<br>U. S. Attorney's Office<br>John Joseph Moakley<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3311 |

### CERTIFICATE OF SERVICE

I, Christopher Alberto, Assistant United States Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Richard Weiner, Esq., Ellis & Ellis, 33 Pleasant Street, Boston, MA 01545.

Dated: May 24, 2004
/s/ Christopher Alberto
Christopher Alberto
Assistant U.S. Attorney

### LOCAL 7.1 CERTIFICATION

I, Christopher Alberto, certify that all parties agree upon the requested relief sought from the Court.

/s/ Christopher Alberto
Christopher Alberto
Assistant U.S. Attorney