UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CALHOUN,<br><br> Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br> Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 04-10210-DPW<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

|  |  |
|---|---|
| For the Plaintiff, | Respectfully submitted,<br><br>For the Defendant,<br><br>By its attorney,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Rickie T. Weiner<br>Rickie T. Weiner, Esq.<br>Ellis Law Offices, LLP<br>33 Pleasant Street<br>Suite 2<br>Worcester, MA 01609<br>(508) 757-7451 | /s/ Christopher Alberto<br>CHRISTOPHER ALBERTO<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA 02210<br>(617) 748-3311 |

Dated: 6/25/04